RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 8/26/09
BY DM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 08-123 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DAVID RICHARD WATERS | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Before the Court is a letter from the defendant, David Richard Waters ("Waters"), "pleading [his] case for downward departure." Record Document 16. Following a revocation hearing on June 23, 2008, for substance abuse violation, Waters was committed to the custody of the Bureau of Prisons for twenty-four months. In the letter, Waters stated that he is scheduled to report to a halfway house on January 21, 2010. However, he further stated that he has a job promised to him, but that such job must be filled by September 4, 2009. Thus, the Court construes Waters' letter as a motion for early release.

After conferring with the United States Probation Office and conducting an independent review of the record in this matter, the Court finds that early release is neither appropriate nor warranted by the specific circumstances of this case. Accordingly,

**IT IS ORDERED** that the letter motion for early release (Record Document 16) be and is hereby **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 26th day of August, 2009.

_S. MAURICE HICKS, JR._
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 8/26/09
BY: DM
TO: DORIS KOCHINSKY